United States District Court
Southern District of Texas
**ENTERED**
March 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN BURKS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-00756 |
| § | |
| HUMBLE POLICE DEPARTMENT, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered Defendant HARRIS COUNTY's Motion to Dismiss Plaintiff's Original Complaint in the above entitled and numbered cause (Dkt. No. 7). After review of the pleadings and the Court file, the Court is of the opinion that said motion is rendered moot. The plaintiff's amended complaint does not name Harris County, Texas as a party.

IT IS ORDERED that all of Plaintiffs' claims against Harris County, Texas are dismissed as moot.

It is so ORDERED.

SIGNED on March 5, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge